**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 16 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER N. GLASGOW, | No. 19-55606 |
| Petitioner-Appellant, | D.C. No. 2:14-cv-09606-SVW-FFM |
| v. | |
| CLARK E. DUCART, Warden, | MEMORANDUM[*] |
| Respondent-Appellee. | |

Appeal from the United States District Court
for the Central District of California
Stephen V. Wilson, District Judge, Presiding

Submitted December 11, 2019[**]

Before:    WALLACE, CANBY, and TASHIMA, Circuit Judges.

California state prisoner Christopher N. Glasgow appeals pro se from the

district court's judgment dismissing his 28 U.S.C. § 2254 habeas corpus petition.

We have jurisdiction under 28 U.S.C. § 2253. Reviewing de novo, *see Smith v.*

*Ryan*, 823 F.3d 1270, 1278 (9th Cir. 2016), we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Glasgow contends that there was insufficient evidence to support one of his convictions for transportation and sale of cocaine base. Viewed in the light most favorable to the prosecution, the evidence underlying this count could enable a rational trier of fact to find the essential elements of the crime beyond a reasonable doubt. *See Jones v. Wood*, 207 F.3d 557, 563 (9th Cir. 2000). The state court's rejection of this claim, therefore, was neither contrary to, nor an unreasonable application of, *Jackson v. Virginia*, 443 U.S. 307 (1979). *See* 28 U.S.C. § 2254(d)(1).

The motion to expand the certificate of appealability is denied. *See Hiivala v. Wood*, 195 F.3d 1098, 1104-05 (9th Cir. 1999).

**AFFIRMED.**